**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | |
|---|---|
| IN RE: | Case No: 23-10067 |
| JERRY DEAN HOLT, JR (xxx-xx-2204)<br>SARAH JOANN HOLT (xxx-xx-9090)<br>250 TWEETIE PIE<br>ABILENE, TX  79602 | Chapter 13 |
| **DEBTORS** | |

**(CONTINUED) NOTICE OF HEARING AND THE RIGHT TO OBJECT :**

PLEASE TAKE NOTICE that on November 01, 2023 11:00 am at the following link:

HEARING:  The hearing will be held via WebEx. The connection information for this docket can be found on the Court's website www.txnb.uscourts.gov under Judge Jones Hearing Dates and Times

**DEBTORS' CHAPTER 13 PLAN AND MOTION FOR VALUATION**

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtors' counsel  (or the Debtors if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING DATE BELOW

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON November 01, 2023 at 9:00 AM AT THE FOLLOWING LINK:

LINK:  A pre-hearing conference will be held by the Trustee via GoToMeeting video conference. Please contact the Trustee's office seven days prior to the pre-hearing date for connection information.

DEBTORS' COUNSEL SHALL ADVISE THEIR CLIENTS IF THEIR ATTENDANCE AT ANY HEARING OR PRE-HEARING IS REQUIRED.

HEARINGS ON OBJECTIONS OR REPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT.

/s/ Katherine L. Davis
Katherine L. Davis, Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX 79401-9401
Telephone: (806) 748-1980
Facsimile: (806) 748-1956

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors;  Debtors' counsel; the parties listed on the Debtors' mailing Matrix on file with the Court; those parties making an appearance; and upon the Office of the United States Trustee for the Northern District of Texas, on the same date it was filed.

JERRY DEAN HOLT, JR, SARAH JOANN HOLT, 250 TWEETIE PIE, ABILENE, TX 79602
KEVIN W WILLHELM, WILLHELM LAW FIRM, PO BOX 3536, ABILENE, TX 79604-3536
ACCEPTANCE NOW, 5501 HEADQUARTERS DR, PLANO, TX 75024
AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108
AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701
BAYPORT CREDIT UNION, C/O WELTMAN WEINBERG AND REIS CO LPA, 965 KEYNOTE CIRCLE, CLEVELAND, OH 44131
BAYPORT CREDIT UNION, ONE BAYPORT WAY STE 350, NEWPORT NEWS, VA 23606
BRYANT STATE BANK, PO BOX 5161, SIOUX FALLS, SD 57117
CAPITAL ONE BANK (USA) NA, BY AMERICAN INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE, NC 28272-1083
CAPITAL ONE BANK NA, BY AMERICAN INFOSOURCE AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
CCS/BRYANT STATE BANK, 500 E 60TH ST N, SIOUX FALLS, SD 57104
CENTRAL APPRAISAL DISTRICT TAYLOR COUNTY, C/O MCCREARY VESELKA BRAGG & ALLEN, PO BOX 1269, ROUND ROCK, TX 78680
CITIBANK NA, 5800 S CORPORATE PL, SIOUX FALLS, SD 57108-5027
CITIBANK NA, 6716 GRADE LN BLDG 9 STE 910-PY DEPT, LOUISVILLE, KY 40213-3439
CITIBANK NA, C/O QUANTUM3 GROUP LLC, PO BOX 280, KIRKLAND, WA 98083-0280
CITIZENS BANK NA, 4201 S TREADAWAY BLVD, ABILENE, TX 79602
CITIZENS BANK NA, ONE CITIZENS BANK WAY, MAILSTOP JCA115, JOHNSTON, RI 02919
CITY BANK, PO BOX 5060, LUBBOCK, TX 79408
CITY OF VIRGINIA BEACH, 2401 COURTHOUSE DRIVE BLDG 1, VIRGINIA BEACH, VA 23456
COMENITYCAPITAL/ACADMY, PO BOX 182120, COLUMBUS, OH 43218
CONN APPLIANCES INC, C/O BECKET & LEE LLP, PO BOX 3002, MALVERN, PA 19355-1245
CREDIT CONTROL CORP, 11821 ROCK LANDING DR, NEWPORT NEWS, VA 23606
FEB/GFSCS-RETAIL, PO BOX 4499, BEAVERTON, OR 97076
FETTIFHT/WEB, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347
GATEWAY MORTGAGE, A DIVISION OF GATEWAY FIRST BANK, PO BOX 1560, JENKS, OK 74037
GTWY 1ST FKA GTWY MRTG, 244 S GATEWAY PL, JENKS, OK 74037
HARLEY DAVIDSON CREDIT CORPORATION, DEPT 15129, PALATINE, IL 60055-5129
HARLEY-DAVIDSON CREDIT CORP, PO BOX 9013, ADDISON, TX 75001
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
JEFFERSON CAPITAL SYST, 16 MCLELAND RD, SAINT CLOUD, MN 56303
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-2813
JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617
KEVIN M. EPSTEIN, UNITED STATES TRUSTEE, 1100 COMMERCE STREET RM 976, DALLAS, TX 75242
KOHLS/CAPITAL ONE, N56 RIDGEWOOD DR, MENOMONEE FAL, WI 53051
MERRICK BANK, C/O RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC 29603
MIDLAND FUNDING, 350 CAMINO DE LA REINA, SAN DIEGO, CA 92108
MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005
MULLIN HOARD & BROWN LLP, PO BOX 2585, LUBBOCK, TX 79408
NEMO'S COLL, 14631 N CAVE CREEK, PHOENIX, AZ 85022
PINNACLE SERVICE SOLUTIONS LLC, 4408 MILESTRIP RD #247, BLASDELL, NY 14219
PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 12914, NORFOLK, VA 23541
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541
QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083-2489
QUANTUM3 GROUP LLC AS AGENT FOR, COMENITY BANK, PO BOX 788, KIRKLAND, WA 98083-0788
QUANTUM3 GROUP LLC AS AGENT FOR, CROWN ASSET MANAGEMENT LLC, PO BOX 788, KIRKLAND, WA 98083-0788
QUANTUM3 GROUP LLC AS AGENT FOR, GENESIS FS CARD SERVICS INC, PO BOX 788, KIRKLAND, WA 98083-0788
RELIANT CAPITAL SOLUTIONS, PO BOX 30469, COLUMBUS, OH 43230
RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
T MOBILE/T-MOBILE USA INC, BY AMERICAN INFOSOURCE LP AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
T MOBILE/T-MOBILE USA INC, BY AMERICAN INFOSOURCE LP AS AGENT, PO BOX 248848, OKLAHOMA CITY, OK 73124-8848
TBOM/ATLS/ASPIRE, 5 CONCOURSE PKWY STE 400, ATLANTA, GA 30328
TELECOM SELF-REPORTED, PO BOX 4500, ALLEN, TX 75013
TEXAS A&M UNIVERSITY, STUDENT BUSINESS SERVICES, 6001 TAMU, COLLEGE STATION, TX 77843
UNITED STATES ATTORNEY, 801 CHERRY STREET UNIT 4, FT WORTH, TX 76102-6882
US ATTORNEY, ATTORNEY IN CHARGE, 1100 COMMERCE STREET SUITE 300, DALLAS, TX 75242-1699
US ATTORNEY GENERAL, MAIN JUSTICE BLDG, ROOM 5111, 10TH ST & CONSTITUTION AVE, WASHINGTON, DC 20530

US DEPARTMENT OF EDUCATION, C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508
US DEPARTMENT OF EDUCATION, PO BOX 2837, PORTLAND, OR 97208
USAA SAVINGS BANK, PO BOX 47504, SAN ANTONIO, TX 78265
VERIZON, BY AMERICAN INFOSOURCE AS AGENT, PO BOX 4457, HOUSTON, TX 77210-4457
VERIZON BY AMERICAN INFOSOURCE LP AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118
W CENTRAL TX COLLECT, 1131 N 2ND STREET STE 101, ABILENE, TX 79601

/s/ Katherine L. Davis
Katherine L. Davis